846 A.2d 74

**Diana GIOVAGNOLI, Petitioner,**

**v.**

**STATE CIVIL SERVICE COMMISSION (Monroe County Children and Youth Services), Respondents.**

Supreme Court of Pennsylvania.

March 3, 2004.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of March, 2004, the Petitions for Allowance of Appeal are hereby granted, limited to the following issue:

Whether Petitioner's petition for review, lodged in the Commonwealth Court from the State Civil Service Commission's order denying the award of attorney fees, should be converted into a petition for leave to appeal?